UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CECILIA O. TAIWO,   Civil No. 12-1762 ADM/AJB

    Plaintiff,

v.   O R D E R

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 10, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 14] is **DENIED**;

2. Defendant's Motion for Summary Judgment [Docket No. 17] is **GRANTED;**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 1, 2013

                                  s/Ann D. Montgomery

                                  _____
                                  Judge Ann D. Montgomery
                                  U. S. District Court